UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 8:23-cr-80-SDM-CPT | | DATE: | September 19, 2023 |
|---|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | | INTERPRETER: | James Plunkett |
| **UNITED STATES OF AMERICA** **v.** **SERGIO MAURICIO CASTRO LOPEZ** | | | LANGUAGE: | Spanish |
| | | | GOVERNMENT COUNSEL BENJAMIN KREBS, AUSA | |
| | | | DEFENSE COUNSEL SHIOBHAN OLIVERO, CJA | |
| COURT REPORTER: Becky Sabo | | | DEPUTY CLERK: | Derek Young |
| TIME: | 9:07 AM – 9:47 AM | TOTAL: 40 mins | PROBATION: | Michelle Feliciano |
| | | | COURTROOM: | 15A |

**PROCEEDINGS: SENTENCING**

All parties present and identified for the record.

The defendant previously pleaded guilty to Count One of the Indictment and is adjudged guilty of this offense.

The government's 5k1.1 motion is GRANTED.

Imprisonment: 108 MONTHS

Supervised Release: 2 years

If the defendant is deported, he must not re-enter the United States without the express permission of the Attorney General or one of his delegates.

The defendant is to cooperate in the collection of his DNA.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the defendant must submit to random drug testing not to exceed 104 tests per year

Fine: WAIVED

Special Assessment: $100 due immediately

Count Two is dismissed in accord with the plea agreement.

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The court recommends housing the defendant at FCI Coleman or the nearest available facility.

The defendant is advised of his right to appeal and of his right to counsel.