UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 8:23-cr-80-SDM-CPT | DATE: | November 17, 2023 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | James Plunkett |
| **UNITED STATES OF AMERICA** **v.** **NERY BARRIOS CORADO** | | LANGUAGE: | Spanish |
| | | GOVERNMENT COUNSEL BENJAMIN KREBS, AUSA | |
| | | DEFENSE COUNSEL DOUGLAS STAMM, AFPD | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: 8:49 AM- 9:25 AM | TOTAL: 36 mins | PROBATION: | Michelle Feliciano |
| | | COURTROOM: | 15A |

**PROCEEDINGS: SENTENCING**

All parties present and identified for the record.

The defendant previously pleaded guilty to Count One of the Indictment and is adjudged guilty of this offense.

Imprisonment: 97 MONTHS

Supervised Release: 2 YEARS

If the defendant is deported, he must not reenter the United States without the expression written commission of the Attorney General or one of his delegates.

The defendant must cooperate in the collection of his DNA.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the defendant must submit to random drug testing not to exceed 104 tests per year.

Fine: WAIVED

Special Assessment: $100 due immediately

Count Two of the Indictment is dismissed in accord with the plea agreement.

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The court recommends housing the defendant in a facility where he can participate in the UNICOR program.

The defendant is advised of his right to appeal and of his right to counsel.